Roger M. Schrimp, State Bar No. 039379
George P. Rodarakis, State Bar No. 222214
Eric J. Sousa, State Bar No. 232541
DAMRELL, NELSON, SCHRIMP,
  PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone:  (209) 526-3500
Facsimile:   (209) 526-3534

Attorneys for Plaintiffs
Ted Gaylord and Sheri Gaylord, as
individuals and dba J&T Cattle Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| TED GAYLORD and SHERI GAYLORD, as individuals and dba J&T CATTLE COMPANY,<br><br>            Plaintiffs,<br>    vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, et al.,<br><br>            Defendants. | No. 1:10-CV-00620-AWI-SKO<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT ALLIED GROUP, INC.**<br><br>[Fed. R. Civ. Proc. 41(a)(1)(A)(ii)] |

    IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiffs Ted Gaylord and Sheri Gaylord, as individuals and dba J&T Cattle Company, and Defendants Nationwide Mutual Insurance Company, AMCO Insurance Company, and Allied Group, Inc., through their respective undersigned attorneys, that the action be dismissed without prejudice **as to Defendant Allied Group, Inc.**, only.  Pursuant to said stipulation for dismissal, each side is to bear its own attorneys fees and costs.

DATED:  July  23, 2010                        DAMRELL, NELSON, SCHRIMP,
                                                                     PALLIOS, PACHER & SILVA

                                                              By: /s/ George P. Rodarakis
                                                                    George P. Rodarakis
                                                                    Attorneys for Plaintiffs

*Damrell*
*Nelson*
*Schrimp*
*Pallios*
*Pacher &*

1
**STIPULATION OF DISMISSAL OF DEFENDANT ALLIED GROUP, INC.**

1  DATED:   August 2, 2010                                    WILSON, ELSER, MOSKOWITZ,
                                                                 EDELMAN & DICKER, LLP
2

3                                                             By: /s/ Catherine Gregory
                                                                 Thomas M. Herlihy
4                                                                John Burnite
                                                                 Catherine Gregory
5                                                                Attorneys for Defendants

6

7                                               **ORDER**

8       The Court, having reviewed the above Stipulation and having found dismissal of Defendant

9  Allied Group, Inc. to be in the interests of justice,

10      IT IS HEREBY ORDERED that:

11      1.      This action be dismissed as to Defendant Allied Group, Inc., only; and

12      2.      Each party to bear its own attorneys' fees and costs.

15 IT IS SO ORDERED.

16 Dated:   August 3, 2010                                    _____
17                                                            CHIEF UNITED STATES DISTRICT JUDGE

Damrell
Nelson
Schrimp
Pallios
Pacher &

2
**STIPULATION OF DISMISSAL OF DEFENDANT ALLIED GROUP, INC.**