THOMAS M. HERLIHY (SBN 83615)
JOHN BURNITE (SBN 162223)
LISA S. PASSALACQUA (SBN 161990)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370
thomas.herlihy@wilsonelser.com
john.burnite@wilsonelser.com
lisa.passalacqua@wilsonelser.com

Attorneys for Defendants,
NATIONWIDE MUTUAL INSURANCE
COMPANY and AMCO INSURANCE
COMPANY

ROGER M. SCHRIMP (SBN 039379)
GEORGE P. RODARKIS (SBN 222214)
DAMRELL, NELSON, SCHRIMP,
  PALLIOS, PACHER & SILVA
1601 I. Street, Fifth Floor
Modesto, CA 95354
Telephone:    (209) 526-3500
Facsimile:    (209) 526-3534
Rschrimp@damrell.com
Grodarakis@damrell.com

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| TED GAYLORD and SHERI GAYLORD, as individuals and dba J&T CATTLE COMPANY,<br><br>    Plaintiffs<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, AMCO INSURANCE COMPANY, an Iowa Corporation; ALLIED GROUP, INC, an Iowa Corporation; and DOES 1 through 100,<br><br>    Defendants. | Case No.: 1:10-00620-AWI-MJS<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES AND ORDER** |

1

Plaintiffs Ted and Sheri Gaylord and defendants Nationwide Mutual Insurance Company and AMCO Insurance Company, through their attorneys of record, hereby submit this stipulated request for an Order continuing discovery deadlines in the above-referenced matter as follows:

| | | |
|---|---|---|
| Non Expert Discovery: | From 11/26/10 to | **03/11/11** |
| Expert Disclosure: | From 12/01/10 to | **03/18/11** |
| Supplemental Expert Disclosure | From 12/17/10 to | **04/01/11** |
| Non-Dispositive Pre-Trial Motions filed by | From 01/24/11 to | **04/08/11** |
| Non- Dispositive Pre-Trial Motion Hearing Date | From 02/25/11 to | **05/09/11** |
| Expert Discovery Cut-Off | From 01/20/11 to | **05/11/11** |
| Dispositive Motion Deadline | Remains | **03/11/11** |

In support of this stipulated request, I Lisa Silva Passalacqua, do hereby declare:

1.  I am an attorney at law, licensed to practice in all courts in the State of California and an attorney with the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, counsel of record for Nationwide Mutual Life Insurance Company and AMCO Insurance Company. I have personal knowledge of the facts stated herein, and am competent to testify to the same. The matters set forth herein are true and correct to the best of my knowledge and belief as follows:

2.  Plaintiffs' counsel George Rodarakis and I have discussed the Scheduling Order presently in place in this case. In an effort to minimize the attorney's fees and costs to our clients and judicial efficiency, we have agreed to continue the discovery deadlines as set forth above in order to have a summary judgment motion heard prior to concluding discovery. This will enable the parties to possibly eliminate or reduce attorney's fees incurred in conducting extensive discovery depending on the Court's ruling on the summary judgment motion. Other than the discovery

related deadlines set forth above, no other Court ordered dates, including the dispositive motion date, pre-trial dates or the trial date, will be impacted by this Stipulation.

Dated: November 24, 2010        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:_____/s/_____
Lisa S. Passalacqua
Attorneys for Defendant
Nationwide Mutual Life Insurance Company
and AMCO Insurance Company

**SO STIPULATED**

Dated: November 24, 2010        DAMRELL NELSON SCHRIMP PALLIOS PACHER & SILVA

By:_____/s/_____
George P. Rodarakis
Attorneys for Plaintiffs
Ted and Sheri Gaylord

**ORDER**

IT IS SO ORDERED.

Dated:   November 30, 2010            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE