IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED GAYLORD and SHERI GAYLORD, as individuals and dba J&T CATTLE COMPANY,<br><br>    Plaintiffs,<br>   v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation, AMCO INSURANCE COMPANY, an Iowa corporation, ALLIED GROUP, INC an Iowa Corporation, and DOES 1 through 100,<br><br>    Defendants. | 1:10-CV-620  AWI MJS<br><br>ORDER MOVING HEARING FROM JANUARY 24, 2011, TO FEBRUARY 22, 2011 |

    Currently pending before this Court is Defendants' motion for summary judgment. Hearing on this motion is set for January 24, 2011.  Due to the press of business, the Court has determined that it is necessary to move the hearing on this matter.

    Accordingly, IT IS HEREBY ORDERED that the January 24, 2011, hearing on Defendants' motion is VACATED, and the hearing is RESET to February 22, 2011, at 1:30 p.m. IT IS SO ORDERED.

Dated:   January 20, 2011

                                                  CHIEF UNITED STATES DISTRICT JUDGE