IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED GAYLORD and SHERI GAYLORD, as individuals and dba J&T CATTLE COMPANY,<br><br>    Plaintiffs,<br>  v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation, AMCO INSURANCE COMPANY, an Iowa corporation, ALLIED GROUP, INC an Iowa Corporation, and DOES 1 through 100,<br><br>    Defendants. | 1:10-CV-620  AWI MJS<br><br>ORDER VACATING HEARING ON FEBRUARY 22, 2011 |

    Currently pending before this Court is Defendants' motion for summary judgment. Hearing on this motion is set for February 22, 2011. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 22, 2011, is VACATED, and the parties shall not appear at that time. As of February 22, 2011, the Court will take Defendants's motion for summary judgment under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     February 16, 2011

                                                               CHIEF UNITED STATES DISTRICT JUDGE