THOMAS M. HERLIHY (SBN 83615)
JOHN BURNITE (SBN 162223)
LISA SILVA PASSALACQUA (SBN 161990)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370
thomas.herlihy@wilsonelser.com
john.burnite@wilsonelser.com
lisa.passalacqua@wilsonelser.com

Attorneys for Defendants,
NATIONWIDE MUTUAL INSURANCE
COMPANY, AMCO INSURANCE
COMPANY, and ALLIED GROUP, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| TED GAYLORD and SHERI GAYLORD, as individuals and dba J&T CATTLE COMPANY,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio Corporation, AMCO INSURANCE COMPANY, an Iowa Corporation; ALLIED GROUP, INC, an Iowa Corporation; and DOES 1 through 100,<br><br>Defendants. | Case No.: 1:10-CV-620 AWI MJS<br><br>**STIPULATED REQUEST FOR ORDER STAYING ACTION PENDING RESOLUTION OF RELATED STATE COURT ACTION AND ORDER THEREON** |

Defendant Nationwide Mutual Life Insurance Company and AMCO Insurance Company ("defendants") and plaintiffs Ted and Sheri Gaylord ("Gaylords"), through their attorneys of record, hereby submit this stipulated request for an Order staying the present action as follows:

On April 1, 2009, plaintiff's Ted and Sheri Gaylord and business associate Parvis Kamangar filed a complaint for damages against feed companies alleging damage to cattle due to tainted feed purchased from the feed companies. ("Feed action") The Feed action, Case No. 639262, is presently

proceeding in Stanislaus Superior Court and is set for trial on January 4, 2012.  Resolution of the Feed action, may have an impact on the resolution of the matter before this Court.

In an effort to conserve time, money and judicial resources, the parties desire to stay the present matter before this Court, including any pending discovery or pre-trial deadlines, pending resolution of the Feed action.

The parties agree to file with the Court a joint status conference report, every six months, in accordance with the following schedule:

September 26, 2011

March 26, 2012

**SO STIPULATED.**


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


Dated:  March 23, 2011          By:   /s/ Lisa Passalacqua
                                John T. Burnite
                                Lisa Silva Passalacqua
                                Attorneys for Defendants
                                NATIONWIDE MUTUAL INSURANCE
                                COMPANY, AMCO INSURANCE
                                COMPANY, and ALLIED GROUP, INC.


DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA


Dated:  March 23, 2011          By  /s/ George P. Rodarakis
                                George P Rodarakis
                                Attorneys for Plaintiffs
                                TED AND SHERI GAYLORD

# **ORDER**

The present action is STAYED pending resolution of the Stanislaus Superior Court Action, Case No. 639262 ("Feed action").  The parties are ordered to file with this Court, every six months, a joint status report on the following dates:

September 26, 2011

March 26, 2012

Additionally, irrespective of the above dates, the parties are directed to notify the Court if the "Feed Action" settles, or the trial date in the "Feed Action" is moved, or if a verdict is reached in the "Feed Action."  Should one of these events occur, the parties shall not notify the Court no later than two weeks after the occurrence of the event.

IT IS SO ORDERED.

Dated:  March 24, 2011

CHIEF UNITED STATES DISTRICT JUDGE