1  Roger M. Schrimp, State Bar No. 039379
   Kirin K. Virk, State Bar No., 221369
2  DAMRELL, NELSON, SCHRIMP,
     PALLIOS, PACHER & SILVA
3  1601 I Street, Fifth Floor
   Modesto, CA 95354
4  Telephone:  (209) 526-3500
   Facsimile:   (209) 526-3534
5
   Attorneys for Plaintiffs, Ted Gaylord and Sheri Gaylord, as
6  individuals and dba J&T Cattle Company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| TED GAYLORD and SHERI GAYLORD, as individuals and dba J&T CATTLE COMPANY,<br><br>              Plaintiffs,<br>     vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, et al.,<br><br>              Defendants. | No. 1:10-CV-00620-AWI-MJS<br><br>**STIPULATION FOR REQUEST FOR DISMISSAL OF ENTIRE ACTION AND ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiffs, Ted Gaylord and Sheri Gaylord, as individuals and dba J&T Cattle Company, and Defendants, Nationwide Mutual Insurance Company and AMCO Insurance Company, by and through their respective counsel, that the above-entitled action be dismissed with prejudice, in its entirety due to the Parties' settlement of said action.  Each party is to bear its own attorney's fees and costs.

Dated: June 19, 2013

                                    DAMRELL, NELSON, SCHRIMP,
                                      PALLIOS, PACHER & SILVA

                                    By: /S/ Kirin K. Virk
                                        Roger M. Schrimp
                                        Kirin K. Virk
                                        Attorneys for Plaintiffs

///

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
   A Professional
    Corporation

1

**STIPULATION FOR REQUEST FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER**

1  DATED:   June 19, 2013                              WILSON, ELSER, MOSKOWITZ,
                                                       EDELMAN & DICKER LLP
2

3
                                                By: /S/ Lisa S. Passalacqua
4                                                   John Burnite
                                                    Lisa S. Passalacqua
5                                                   Attorneys for Defendants

6

7                                         **ORDER**

8        IT IS ORDERED that this matter be dismissed in its entirety, with prejudice.

9

10

11  IT IS SO ORDERED.

12  Dated:   July 1, 2013                       _____
                                                SENIOR  DISTRICT  JUDGE
13

*Damrell Nelson*
*Schrimp Pallios*                              2
*Pacher & Silva*
A Professional     **STIPULATION FOR REQUEST FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER**
  Corporation