Roger M. Schrimp, State Bar No. 039379
Kirin K. Virk, State Bar No., 221369
DAMRELL, NELSON, SCHRIMP,
  PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
Modesto, CA 95354
Telephone: (209) 526-3500
Facsimile:  (209) 526-3534

Attorneys for Plaintiffs, Ted Gaylord and Sheri Gaylord, as
individuals and dba J&T Cattle Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| TED GAYLORD and SHERI GAYLORD, as individuals and dba J&T CATTLE COMPANY,<br><br>           Plaintiffs,<br>     vs.<br>NATIONWIDE MUTUAL INSURANCE COMPANY, et al.,<br><br>           Defendants. | No. 1:10-CV-00620-AWI-MJS<br><br>**STIPULATION FOR REQUEST FOR DISMISSAL OF ENTIRE ACTION AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiffs, Ted Gaylord and Sheri Gaylord, as individuals and dba J&T Cattle Company, and Defendants, Nationwide Mutual Insurance Company and AMCO Insurance Company, by and through their respective counsel, that the above-entitled action be dismissed with prejudice, in its entirety due to the Parties' settlement of said action. Each party is to bear its own attorney's fees and costs.

Dated: June 19, 2013

                            DAMRELL, NELSON, SCHRIMP,
                              PALLIOS, PACHER & SILVA

                            By: /S/ Kirin K. Virk
                                Roger M. Schrimp
                                Kirin K. Virk
                                Attorneys for Plaintiffs
///

*Damrell Nelson Schrimp Pallios Pacher & Silva*
*A Professional Corporation*

1

**STIPULATION FOR REQUEST FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER**

| | |
|---|---|
| DATED:   June 19, 2013 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | By: /S/ Lisa S. Passalacqua<br>     John Burnite<br>     Lisa S. Passalacqua<br>     Attorneys for Defendants |

## ORDER

IT IS ORDERED that this matter be dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

Dated:   July 1, 2013                    _____
                                          SENIOR  DISTRICT  JUDGE